■ Aaron Jenkins, Respondent, v Motor Vehicle Accident Indemnification Corporation, Appellant. [31 NYS3d 866]— Order, Supreme Court, New York County (Anil C. Singh, J.), entered on or about May 14, 2015, which, after a trial in which a jury returned a verdict in defendant's favor, granted plaintiff's motion for a judgment notwithstanding the verdict, and ordered a new trial on damages, unanimously reversed, on the law, without costs, and the motion denied. The Clerk is directed to enter judgment dismissing the complaint.

Given the inconsistency of plaintiff's testimony, and the deficiencies in his proof, the fact that he was the only witness to testify, in this "hit and run" accident, did not require a liability finding in his favor (*see Barreto v Motor Veh. Acc. Indem. Corp.*, 38 AD3d 359, 360 [1st Dept 2007]; *Sowell v Motor Veh. Acc. Indem. Corp.*, 16 AD3d 282 [1st Dept 2005]). Concur— Tom, J.P., Sweeny, Moskowitz, Richter and Gesmer, JJ.